```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Kizzito Chukwujekwu,

Defendant.

20-cr-189 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A bail revocation hearing in this matter is hereby scheduled for May 14, 2020 at 3:00 P.M. The hearing will be conducted remotely, and the Court will issue a separate order informing the parties how to access the hearing.

The Government shall file letter briefing regarding its request to revoke bail no later than May 8, 2020. Mr. Chukwujekwu shall file letter briefing no later than May 11, 2020. If the Government wishes to file a reply, it must do so no later than May 12, 2020.

SO ORDERED.

Dated: May 5, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1