Case 1:20-cr-00189-AJN   Document 23   Filed 05/11/20   Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Kizzito Chukwujekwu,

Defendant.

20-cr-189 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A bail revocation hearing in this matter is currently scheduled for May 14, 2020 at 3:00 P.M. Defense counsel is ordered to provide the attached waiver form to Mr. Chukwujekwu and discuss its contents with him. If Mr. Chukwujekwu, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present at the bail hearing, he shall sign the form and defense counsel shall provide the signed waiver to the Court no later than May 13, 2020 at 12:00 P.M.

SO ORDERED.

Dated: May 11, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

                -v-                                                **WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

Kizzito Chukwujekwu,
                          Defendant.                                  20-cr-189 (AJN)
------------------------------------------------------------------X

_X__      Bail Hearing

        I am applying or in the future may apply for release from detention, or if not detained, for modification of the conditions of my release from custody, that is, my bail conditions. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time that my attorney makes such an application. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to make applications for my release from custody or for modification of the conditions of my release even though I will not be present, and to make such applications in writing or by telephone in my attorney's discretion.

Date:            _____
                    Signature of Defendant

                    _____
                    Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:            _____
                    Signature of Defense Counsel

                    _____
                    Print Name

3

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.  The interpreter's name is: _____.

Date:            _____
                       Signature of Defense Counsel

**Accepted:**      _____
                       Signature of Judge
                       Date: