```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Kizzito Chukwujekwu,

Defendant.

20-cr-189 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A bail revocation hearing in this matter is currently scheduled for May 14, 2020 at 3:00 P.M. The hearing will be held remotely using the Skype for Business platform. The Defendant and members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 56640683.

SO ORDERED.

Dated: May 13, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge