USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Kizzito Chukwujekwu,

Defendant.

20-cr-189 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As discussed at the May 14, 2020 bail hearing in this matter, the Defendant's bail is modified to home incarceration. All other bail conditions previously imposed on the Defendant remain the same.

SO ORDERED.

Dated: May 14, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1