```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Kizzito Chukwujekwu,

Defendant.

20-cr-189 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A sentencing in this matter is currently scheduled for July 21, 2020 at 3:00 P.M. Defense counsel is ordered to provide the attached waiver form to Mr. Chukwujekwu and discuss its contents with him. If Mr. Chukwujekwu, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present at the sentencing, he shall sign the form and defense counsel shall provide the signed waiver to the Court no later than July 16, 2020.

SO ORDERED.

Dated: June 3, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

                  -v-                                          **WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

Kizzito Chukwujekwu,
                            Defendant.                        **20-cr-189 (AJN)**
----------------------------------------------------------------X

\_\_\_\_      Sentence

      I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I do not wish to wait until the end of this emergency to be sentenced. I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence. By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:    _____    _____
                   Print Name                                Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:    _____    _____
                   Print Name                                Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

2

Date: _____
      Signature of Defense Counsel

**Accepted:**   _____
               Signature of Judge
               Date: