USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/20

JOHN BURKE

26 Court Street - Suite 2805
Brooklyn, New York 11242
Tel: (718) 875-3707
Fax: (718) 875-0053

Honorable Allison Nathan
United States District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y 10007

> The sentencing in this matter is hereby adjourned to August 11, 2020 at 3:00 P.M. Pursuant to the Undersigned's Individual Practices in Criminal Cases, the Defendant's sentencing submission shall be due no later than August 4, 2020, and the Government's no later than August 8, 2020. No later than August 4, 2020, the Defendant shall also comply with the Court's order at Dkt. No. 28.

Re.:  United States v. Kizzito Chukwujekwu
      20 CR 189 (AJN)

Dear Judge Nathan:

    I am writing on behalf of my client Kizzito Chukwujekwu to request that the Court adjourn his sentence, scheduled for July 21, 2020, until the second week in August 2020. I have had some delays in obtaining documents from Georgia and need this time to complete my sentencing submission. I have conferred with the government and they have no objection to this request.

    Thank you for your time and consideration in this matter

Respectfully yours,

s/
JOHN BURKE
Attorney for Kizzito Chukwujekwu

*[Signature] 7/20/20*
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.