```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Kizzito Chukwujekwu,

                Defendant.

20-cr-189 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On June 5, 2020, the Court ordered defense counsel to provide a waiver-of-physical-presence form to Mr. Chukwujekwu, discuss its contents with him, and advise the Court whether Mr. Chukwujekwu wished to sign the form and waive his right to be physically present at his sentencing. Dkt. No. 28. The Court subsequently extended the deadline for compliance with that Order to August 4, 2020.

    As of this date, defense counsel has not indicated whether Mr. Chukwujekwu wishes to waive his right to be physically present or submitted a signed waiver form. Defense counsel is ordered to comply with the Court's June 5, 2020 Order, Dkt. No. 28, no later than August 6, 2020. *See also* Standing Order Relating To Signatures and the Form of Consents and Waivers in Criminal Cases, Case No. 20-mc-174 (CM).

    SO ORDERED.

Dated: August 5, 2020
       New York, New York

                                        ALISON J. NATHAN
                                       United States District Judge