UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/20

United States,

–v–

Kizzito Chukwujekwu,

Defendant.

20-cr-189 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A sentencing in this matter is scheduled for August 11, 2020 at 3:00 P.M. The hearing will be held remotely using the Skype for Business platform. The Court will separately provide the parties instructions for accessing this platform. Members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 417665042. All of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

SO ORDERED.

Dated: August 10, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1