USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER OF RESTITUTION** |
| v. | **20 Cr. 189 (AJN)** |
| KIZZITO CHUKWUJEKWU,<br>a/k/a "Jerry Martins,"<br>Defendant. | |

Upon the application of the United States of America, by its attorney, AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, Vladislav Vainberg, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count 1 of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** KIZZITO CHUKWUJEKWU, a/k/a "Jerry Martins," the Defendant, shall pay restitution in the total amount of $431,123.65 to the victims of the offenses charged in Count 1.  The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims.  Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

3. **Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims

attached hereto shall be filed under seal, except that copies may be retained and used or disclosed

by the Government, the Clerk's Office, and the Probation Department, as need be to effect and

enforce this Order, without further order of this Court.


Dated:  New York, New York
         8/17/2020
       _____

                                       _____
                                       ALISON J. NATHAN
                                       UNITED STATES DISTRICT JUDGE